

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

On February 22, 2019, appellant filed an unopposed motion to transfer portions of the reporter's records from Appeal Nos. 04-18-00509-CV and 04-18-00844-CV into this appeal. The motion is GRANTED. The clerk of this court is ORDERED to electronically transfer into this appeal copies of the reporter's records identified in Exhibit A to appellant's motion. The transferred portions of the reporter's record shall be considered as originally filed in this appeal. It is FURTHER ORDERED that appellant file a copy of any written request for the preparation of any supplemental reporter's records in this appeal by no later than fourteen (14) days from the date of this order.

Also on February 22, 2019, appellant filed an unopposed motion to transfer portions of the clerk's records from Appeal Nos. 04-18-00509-CV and 04-18-00844-CV into this appeal. The motion is GRANTED. The clerk of this court is ORDERED to electronically transfer into this appeal copies of the clerk's records identified in paragraph 5 of appellant's motion. The transferred portions of the clerk's record shall be considered as originally filed in this appeal. It is FURTHER ORDERED that appellant file a copy of any written request for the preparation of any supplemental clerk's records in this appeal by no later than fourteen (14) days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court